```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )         4:00CR3003
              Plaintiff,        )
                                )
     vs.                        )         ORDER
                                )
ANDREW JAMES STRAUGHN,          )
                                )
              Defendant.        )
```

IT IS ORDERED that a revocation hearing is set to commence at **10:00 a.m.** on **July 15, 2005**, before the Hon. Lyle E. Strom, United States Senior District Judge, Courtroom #5, Roman L. Hruska U.S. Courthouse, Omaha, Nebraska.

Dated: June 30, 2005

```
                         BY THE COURT

                         s/ David L. Piester
                         _____
                         United States Magistrate Judge
```