```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3003 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW JAMES STRAUGHN | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

As announced from the bench at the conclusion of the detention hearing today, I find by clear and convincing evidence that the defendant's release poses a serious risk of danger to the community and that no condition or combination of conditions can reasonably assure both the defendant's appearance as ordered and the safety of the community.

IT THEREFORE HEREBY IS ORDERED,

The defendant shall be held in custody of the U.S. Marshal until the revocation hearing.

DATED this 6th day of July, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge