IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:00CR3003 |
| | ) | |
| v. | ) | |
| | ) | |
| ANDREW JAMES STRAUGHN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to dismiss the amended petition for warrant or summons for offender under supervision (Filing No. 40). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; the amended petition for warrant or summons for offender under supervision is dismissed.

DATED this 18th day of November, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court